United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Alex Rodriguez-Soto  
    Debtor

Case No. 19-05467-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jun 14, 2021      Form ID: 309A      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alex Rodriguez-Soto, 200 Houtz Lane, Port Matilda, PA 16870-8728 |
| aty | + | Rebecca Ann Solarz, KML Law Group, P.C., 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Thomas Song, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| tr | + | Leon P. Haller (Trustee), Purcell, Krug and Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 5320756 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5285991 | + | McQuaide Blasko, 811 University Drive, State College, PA 16801-6699 |
| 5285992 | + | Mount Nittany Health Systems, 1800 East Park Avenue, State College, PA 16803-6701 |
| 5285994 | + | PennyMac, 3043 Townsgate Road, Suite 200, Westlake Village, CA 91361-3027 |
| 5331642 | + | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5285995 | + | Seven Mountains Medical Center, 16 West Market Street, Lewistown, PA 17044-2178 |
| 5285998 | + | TruGreen Lawn Care, 5967 Nittany Valley Drive, Mill Hall, PA 17751-9187 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: JLhota@mkclaw.com | Jun 14 2021 19:09:00 | John William Lhota, Miller, Kistler & Campbell, 720 South Atherton Street, Suite 201, State College, PA 16801 |
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Jun 14 2021 19:10:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| 5285982 | | Email/Text: amscbankruptcy@adt.com | Jun 14 2021 19:10:00 | ADT, 1501 Yamato Road, Boca Raton, FL 33431 |
| 5323311 | + | EDI: PHINAMERI.COM | Jun 14 2021 23:03:00 | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 5285984 | + | EDI: CAPITALONE.COM | Jun 14 2021 23:03:00 | Capital One Bank, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5317557 | | EDI: CAPITALONE.COM | Jun 14 2021 23:03:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5285986 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 14 2021 19:09:08 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5285987 | + | Email/Text: bankruptcynotices@devry.edu | Jun 14 2021 19:10:00 | DeVry University, 1200 E. Diehl Road, Naperville, IL 60563-9347 |
| 5285988 | + | EDI: PHINAMERI.COM | Jun 14 2021 23:03:00 | GM Financial, 801 Cherry Street, Suite 3500, Fort Worth, TX 76102-6854 |
| 5285989 | + | EDI: CITICORP.COM | Jun 14 2021 23:03:00 | Home Depot/CitiBank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5285990 | + | EDI: PHINGENESIS | Jun 14 2021 23:03:00 | Indigo/FS Card Services, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 5285985 | | EDI: JPMORGANCHASE | Jun 14 2021 23:03:00 | Chase Bank, P.O. Box 15298, Wilmington, DE 19850 |
| 5329938 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 14 2021 19:09:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5285993 | + | EDI: NAVIENTFKASMSERV.COM | Jun 14 2021 23:03:00 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 5316109 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 14 2021 19:09:08 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5321697 | | EDI: Q3G.COM | Jun 14 2021 23:03:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5285997 | | EDI: TDBANKNORTH.COM | Jun 14 2021 23:03:00 | TD Bank, P.O. Box 84037, Columbus, GA 31908 |
| 5285996 | + | EDI: WTRRNBANK.COM | Jun 14 2021 23:03:00 | Target, P.O. Box 1581, Minneapolis, MN 55440-1581 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5321135 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5285983 | ##+ | American HomePatient, 5200 Maryland Way, Suite 400, Brentwood, TN 37027-8034 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John William Lhota | on behalf of Debtor 1 Alex Rodriguez-Soto JLhota@mkclaw.com |
| Leon P. Haller (Trustee) | lhaller@pkh.com lrynard@pkh.com;lhaller@ecf.axosfs.com |
| Rebecca Ann Solarz | on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services LLC tomysong0@gmail.com |

| United States Trustee | ustpregion03.ha.ecf@usdoj.gov | |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** Alex Rodriguez–Soto<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–8959<br>EIN: _ _–_ _ _ _ _ _ _ | |
| **Debtor 2:**<br>(Spouse, if filing) First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: Middle District of Pennsylvania | Date case filed in chapter: 7   12/27/19 | |
| Case number: 4:19–bk–05467–HWV | Date case reconverted to chapter: 7   6/11/21 | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/01/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Alex Rodriguez–Soto | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 200 Houtz Lane<br>Port Matilda, PA 16870 | |
| 4. | **Debtor's attorney**<br>Name and address | John William Lhota<br>Miller, Kistler & Campbell<br>720 South Atherton Street<br>Suite 201<br>State College, PA 16801 | Contact phone 814–234–1500<br>Email: JLhota@mkclaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Leon P. Haller (Trustee)<br>Purcell, Krug and Haller<br>1719 North Front Street<br>Harrisburg, PA 17102 | Contact phone 717 234–4178<br>Email: lhaller@pkh.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | 197 S Main St, Wilkes–Barre, PA 18701 OR  228 Walnut St,Rm320,Harrisburg, PA 17101 | Hours open:  Monday – Friday 9:00 AM to 4:00 PM  Contact phone  570–831–2500/717–901–2800  Date: 6/14/21 |
| 7. | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 3, 2021 at 09:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  ***Valid photo identification and proof of social security number are required*** | Location:  **341 meeting will be held telephonically, refer to the call–in instructions.** |
| 8. | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**