United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-05467-MJC
Alex Rodriguez-Soto  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 2
Date Rcvd: Nov 10, 2021      Form ID: 318      Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alex Rodriguez-Soto, 200 Houtz Lane, Port Matilda, PA 16870-8728 |
| 5320756 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5285991 | + | McQuaide Blasko, 811 University Drive, State College, PA 16801-6699 |
| 5285992 | + | Mount Nittany Health Systems, 1800 East Park Avenue, State College, PA 16803-6701 |
| 5285994 | + | PennyMac, 3043 Townsgate Road, Suite 200, Westlake Village, CA 91361-3027 |
| 5331642 | + | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5285995 | + | Seven Mountains Medical Center, 16 West Market Street, Lewistown, PA 17044-2178 |
| 5285998 | + | TruGreen Lawn Care, 5967 Nittany Valley Drive, Mill Hall, PA 17751-9187 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5285982 | | Email/Text: amscbankruptcy@adt.com | Nov 10 2021 18:42:00 | ADT, 1501 Yamato Road, Boca Raton, FL 33431 |
| 5323311 | + | EDI: PHINAMERI.COM | Nov 10 2021 23:48:00 | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 5285984 | + | EDI: CAPITALONE.COM | Nov 10 2021 23:48:00 | Capital One Bank, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5317557 | | EDI: CAPITALONE.COM | Nov 10 2021 23:48:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5285986 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 10 2021 18:55:27 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5285987 | + | Email/Text: bankruptcynotices@devry.edu | Nov 10 2021 18:42:00 | DeVry University, 1200 E. Diehl Road, Naperville, IL 60563-9347 |
| 5285988 | + | EDI: PHINAMERI.COM | Nov 10 2021 23:48:00 | GM Financial, 801 Cherry Street, Suite 3500, Fort Worth, TX 76102-6854 |
| 5285989 | + | EDI: CITICORP.COM | Nov 10 2021 23:48:00 | Home Depot/CitiBank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 5285990 | + | EDI: PHINGENESIS | Nov 10 2021 23:48:00 | Indigo/FS Card Services, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 5285985 | | EDI: JPMORGANCHASE | Nov 10 2021 23:48:00 | Chase Bank, P.O. Box 15298, Wilmington, DE 19850 |
| 5329938 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2021 18:55:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5285993 | + | EDI: NAVIENTFKASMSERV.COM | Nov 10 2021 23:48:00 | Navient, P.O. Box 9500, Wilkes Barre, PA |

| Recip ID | Bypass/Method | | Date | Name and Address |
|---|---|---|---|---|
| | | | | 18773-9500 |
| 5316109 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2021 18:55:44 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5321697 | | EDI: Q3G.COM | Nov 10 2021 23:48:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5285997 | | EDI: TDBANKNORTH.COM | Nov 10 2021 23:48:00 | TD Bank, P.O. Box 84037, Columbus, GA 31908 |
| 5285996 | + | EDI: WTRRNBANK.COM | Nov 10 2021 23:48:00 | Target, P.O. Box 1581, Minneapolis, MN 55440-1581 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5321135 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5285983 | ##+ | American HomePatient, 5200 Maryland Way, Suite 400, Brentwood, TN 37027-8034 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John William Lhota | on behalf of Debtor 1 Alex Rodriguez-Soto JLhota@mkclaw.com |
| Leon P. Haller (Trustee) | lhaller@pkh.com lrynard@pkh.com;lhaller@ecf.axosfs.com |
| Rebecca Ann Solarz | on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Alex Rodriguez–Soto<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8959<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 4:19-bk-05467-MJC | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Alex Rodriguez–Soto

**By the court:**

11/10/21

Honorable Mark J. Conway
United States Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2